[No. 22838–2–I.   Division One.   February 13, 1989.]

THE CITY OF SEATTLE, *Respondent,* v. EDDIE RAINE, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–04792–6, John W. Riley, J., entered August 5, 1988. *Reversed* by unpublished per curiam opinion.

[No. 20849–7–I.   Division One.   February 13, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRANCE ORLANDO JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–00863–7, Jim Bates, J., entered July 15, 1987. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, A.C.J., and Winsor, J.

[No. 21401–2–I.   Division One.   February 13, 1989.]

CENTURY INDEMNITY COMPANY, *Appellant,* v. THE PORT OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–15401–9, Arthur E. Piehler, J., entered November 12, 1987. *Reversed* by unpublished opinion per Winsor, J., concurred in by Grosse, A.C.J., and Webster, J.

[No. 11590–5–II.   Division Two.   February 16, 1989.]

GEORGE V. HARTMAN, ET AL, *Respondents,* v. PAUL E. HARTMAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–2–07444–4, Thomas R. Sauriol, J., entered December 4, 1987. *Affirmed* by unpublished per curiam opinion.